IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:23-CR-272-KDB |
| ) | |
| v. ) | **FACTUAL BASIS** |
| ) | |
| PATRICK TAYLOR ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On or about June 6, 2022, in Union County, within the Western District of North Carolina, PATRICK TAYLOR, knowingly possessed a stolen firearm, that is, a Canik Model TP9SA pistol. This Canik Model TP9SA pistol that was seized from TAYLOR on or about June 6, 2022 was manufactured outside the state of North Carolina.

2. TAYLOR, at the time he knowingly possessed the Canik Model TP9SA pistol, had knowledge that the firearm was, in fact, stolen.

DENA J. KING
UNITED STATES ATTORNEY

*[signature]*
WILL WISEMAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY

## Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Information, and the plea agreement, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Information, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

*[signature]*                                                                 DATED: 12/13/23
JP Davis, Attorney for Defendant